Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Central District of California

Orange County Division

FILED
CLERK, U.S. DISTRICT COURT

NOV 29 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Zachary Castañeda #5128898

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RELATED DDS
Case No. 8:21-CV-1960-FMO-AGR

*(to be filled in by the Clerk's Office)*

_____
### Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Theo Lacy Facility
Orange County Jail-Intake RLS Center

_____
### Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

#### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Zachary Castaneda |
| All other names by which you have been known: | |
| ID Number | D6644293        #3128898 |
| Current Institution | Theo Lacy Facility |
| Address | 501 The City Dr S. |
| | Orange                CA        92868 |
| | *City*                *State*    *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Theo Lacy Facility |
| Job or Title *(if known)* | Chief, Manager, Supervisor |
| Shield Number | |
| Employer | County Of Orange California |
| Address | 501 The City Dr S. |
| | Orange                CA        92868 |
| | *City*                *State*    *Zip Code* |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Orange County Jail-Intake RLS Center |
| Job or Title *(if known)* | Chief, Manager, Supervisor |
| Shield Number | |
| Employer | County Of Orange California |
| Address | 550 N. Flower St. |
| | Santa Ana            CA        92703 |
| | *City*                *State*    *Zip Code* |

☒ Individual capacity   ☒ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

               *City*         *State*       *Zip Code*

    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

               *City*         *State*       *Zip Code*

    ☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

II. Basis For Jurisdiction    B.

Theo Lacy Facility. Is Violating My Eight Amendment Rights.

Orange County Jail-Intake RhS Center. Is Violating My
Eight Amendment Rights.

II. Basis For Jurisdiction    C.

Theo hacy Facility. Is Violating My Eight Amendment
Rights.

Orange County Jail-Intake RhS Center. Is Violating My
Eight Amendment.

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

II.    Basis  For  Jurisdiction    D.

Federal Officials (a Bivens claim) & State Or Local Officials (a §
1983 claim). Theo hacy Facility. On October 30 2019. Beat Me While
On Shackles. Kick Me, Punched Me, Used A Riot Shield, Tazzer Me
Dragged Me On The Floor. Took My Classification Away. Classed Me
As A PC. Putting My Life In Danger. There Is Video Of These Acts The
Orange County Sheriff's Department Have It. Plus More Beating. I Have
Been Tru With Time. I Have Been Slammed Down. Isolated In Confinement
Not Being Able To Come Out Of My Cell Not See My Family In Visit.

Federal Officials (a Bivens Claim) State Or Local Officials (a § 1983
claim). Orange County Jail-Intake RhS Center. On October 30 2019
Classed Me As 5150 Put Me In A Menthal Mod. Took My Civilized
Life From Me. Took My Visit Away. Phisically, Menthally & Emotionally
Damaged. Trauma, Ankiety From Being Slammed Down 24-7.

Foot Note. I Would Like To Say That One's Acting Under Color
Of Law & Violating My Amendment Eight Rights. In Theo hacy
Facility. Orange County Jail-Intake RhS Center. Is The Chief, Sergeant
Lieutenant & Detectives. Theres Corruption & Misconduct.
Punishment, Department.

# IV.    Statement Of Claim  B.

Theo Lacy Facility. At Theo Lacy Facility In The Loop. October 30, 2019 At Around 9:00 A.M. I Was Beat. While In Shackles. Kicked, Punched. Hit With A Riot Gear Shield. Tazzed, Dragged On The Floor. Placed A Spit Mask On Me. Took My GP Clothes & Classification Away. Classed Me As PC. Putting My life In Danger. Slammed Down. Isolated In Confinement. Keeping Me Away From My Family. Mentally, Physically & Emotionally Damaging Me. Anxiety, Depression. Ruined My life. Denying Me Medical Treatment. Neglect, Abusive, Mistreatment & Discriminating Me. Pain & Suffering. To Me But Most Inprortant Family & Kid's.

Orange County Jail-Intake RLS Center. At Orange County Jail-Intake RLS Center In The Loop On October 30, 2019 At Around 12:00 P.M. I Was Placed In The loop. Isolated, confinement. Starved. They Refused To Feed Me For 3 Days. Was Evaluted As Crazy 5150. When I Am Not. Housed Me In K-Mod & Now In O-Mod-Slammed Down. Emotionally, Physically, Mentally Destroyed. Pain & Suffering. Has Giving Me Anxiety, Mental Anguish. Forcing Me To Put PC Clothe's On When I Am GP. Placing My life In Danger & Harming, Destroying My Family Kids. Damagin Them Mentally & Emotionally. Putting There life At RISK. Keeping Me Away From My Family.

FootNote: Theo Lacy Facility. There's Video Evidence On All My Statement Claims. The Orange County Sheriff's Deparment Have It. All Claims Are True Facts.

FootNote: Orange County Jail-Intake RLS Center. There's Video Evidence On All My Statement Claims. The Orange County Sheriff's Department Have It. All Claims Are True Facts.

FootNote: I Do Not Feel Safe Classed As A PC My life Is In Danger And The life OF My Family & Kid's.

FootNote: This Is Torture

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

IV.    Statement Of Claim        C.

theo! Lacy Facility. It Began October 30, 2019 At Around
9:00 A.M.. It Is Still Taking Place. It Never Stopped.


Orange County Jail-Intake RLS Center. I Began October 30,
2019 At Around 12:00 P.M. It Is Still Taking Place. It Never
Stopped,

IV.    Statement Of Claim    (D).

Theo Lacy Facility. Fact's Are There's Video. I Am In The SHU.
I Have No Visits. I Have Neck Problems. Back Problems. Ankle's
& Wrist Are Damaged. I Have Menthal Issues. I Am Classed As
A PC. My Life Is In Danger. My Family & Kid's Life Is In Danger.
Menthally, Emotionally, Physically, Damaged. Pain Suffering, Anxiety.
Menthal Anguish. Me & My Family. My Kids Need Private Therapy.
They Think I Dont Love Them Cause I Cant Visit Them. Destroyed
My Family. Caused By Theo Lacy Facility. Chief, Lieutenant, Sergeant,
Detective.

Orange County Jail - Intake RHS Center. Fact's Are There's Video.
I Was Evaluated As 5150. Housed In Menthal Mod. Slammed Down,
I Am Still In A Menthal Mod. Classed As A PC. I Have Menthal Issues.
By Polar. My Life Is In Danger & The Life Of My Family. For Being
Classed As A PC Against My Will. Having Me Classed As 5150 Against
My Will. Menthally, Emotionally, Physically, Destroyed. Pain &
Suffering, Anxiety. Menthal Anguish Me & My Family. My Kids Need
Private Therapy. They Think I Dont Love Them Cause I Cant Visit
Them. Destroyed & Hurt My Family. Caused By Orange County
Jail - Intake RHS Center. Chief, Lieutenant, Sergeant, Detective.

Foot Note: Since October 30, 2019 Till Present Day I Have Been
Denied Medical Treatment. From Theo Lacy Facility & Orange County
Jail - Intake - RHS Center.

# V.    Injuries

Theo Lacy Facility Has Injured Me. Ruined My Life By Classing Me As PC. Put Mine & Family Life In Danger & Risk. Destroy My Family & Kid's. Meathally & Emotionally & Physically Destroyed. I Will Never Be The Same. Anxiety, Mental Anguish. Emotional Distress. I Suffer Pain, Trauma! I Am Depressed Sad I Dont Feel Safe. I Fear For My Life & My Loved One's That Are With Me. By Polar. Neck Problems, Back Problems, Ankle & Wrist Damaged Brain Suicide. They Took My Peace Of Mind. I Was Refused Medical Treatment.

Orang County Jail-Intake RHS Center Has Injured Me. Classing Me As 5150. Ruined My Life By Classing Me As A PC. Destroyed & Hurt My Family & Kid's By Keeping Me Away. Meathally, Emotionally, Physically Destroyed. I Will Never Be The Same. Anxiety, Mental Anguish. Emotional Distress. I Suffer Pain, Trauma. I Am Depressed Sad I Dont Feel Safe. I Fear For My Life & My Loved One's, That Are With Me. By Polar. Neck Problems, Back Problems, Ankle & Wrist Damaged Brain Suicide. They Took My Peace Of Mind, Meathally & Emotionally Destroyed & Crushed My Family. I Was Refused Medical Treatment.

# VI. Relief

Requesting For My GP Clothes & Classification. Requesting To Be Housed In P Mod General Population. Requesting For Chief, Lieutenant, Sergeant, Detectives Be Fired. Requesting An Apology From Theo Lacy Facility & Orange County Jail-Intake RLS. To My Kid's & Family. Requesting Punishment & Department In The Chain OF Command & Structure In Theo lacy Facility, Orange County County Jail-Intake RLS Center So This Doesn't Happen Again! Requesting $ 113,113,113,113.13 Theo Lacy Facility For Damaging Me & Family Physically, Menthally, Emotionally & Putting Our Life In Danger. Requesting $ 113,113,113,113.13 From Orange County Jail-Intake RLS Center For Damanging Me & Family Physically, Menthally, Emotionally & Putting Our Life In Danger OF Death. This Is My Demand's. Cause Me & My Family Are Worth It.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.     Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).     Orange County Jail-Intake RLS Center

Theo Lacy Facility          550 N. Flower St.
501 The City Dr.S.          Santa Ana 92703
Orange CA 92868

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒  Yes

☐  No

☐  Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☒  No

☐  Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Theo Lacy Facility    Orange County Jail-Intake RLS Center
501 The City DrS.    550 N. Flower St.
Orange, CA 92868    Santa Ana CA. 92703

2.    What did you claim in your grievance?

3.    What was the result, if any?

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

# VII. Exhaustion Of Administrative Remedies
## Administrative Procedures E. 2

I Claim In My Grievance To Thea hacy Facility That I Am GP. I Requsted For Names Badges OF chief, lieutenant Sergeant. I Told Them I Am Not 5150. I Told Them They Put My Life In Danger To Death As Well As My Family & Kids Life In Danger To Death. That They Physically, Menthally, Emotionally Crushed Me & My Family. That What They Are Doing Is Cruel & Unusual Punishment & That They Are Violating My Human Right.

I Claim In My Grievance To Orange County Jail—Intake RLS Center. That I Am GP. I Requested For Names & Badges OF Chief, lieutenant Sergeant. I Told Them I Am Not 5150. I Told Them They Put My Life In Danger To Death. As Well As My Family & Kids Life In Danger To Death. That They Physically, Menthally, Emotionally Crushed Me & My Family. That What They Are Doing Is Cruel & Unusual Punishment & That They Are Violating My Human Rights

VII. Exhaustion Of Administrative Remedies

Administrative Procedures E.3

Result From Theo Lacy Facility Was Denied.

Result From Orange County Jail-Intake RLS Center Was Denied.

# VII. Exhaustion Of Administrative Remedies
## Administrative Procedures E. 4

I Took It All The Way In Appeal To The last Grievance For Theo lacy Facility. Grievance Process Complete.

I Took It All The Way In Appeal To The last Grievance For Orange County Jail-Intake RLS Center. Grievance Process complete.

F.    If you did not file a grievance:

      1.    If there are any reasons why you did not file a grievance, state them here:

      2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

      *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐  Yes

      ☒  No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.   Parties to the previous lawsuit
           Plaintiff(s) _____
           Defendant(s) _____

      2.   Court *(if federal court, name the district; if state court, name the county and State)*

           _____

      3.   Docket or index number

           _____

      4.   Name of Judge assigned to your case

           _____

      5.   Approximate date of filing lawsuit

           _____

      6.   Is the case still pending?

           ☐  Yes

           ☐  No

           If no, give the approximate date of disposition. _____

      7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
           in your favor? Was the case appealed?)*

           _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    November 19, 2021

Signature of Plaintiff

Printed Name of Plaintiff    Zachary Castañeda

Prison Identification #    #3128898

Prison Address    501 The City Dr S.

Orange                     CA        92868
                City              State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

                City              State        Zip Code

Telephone Number    _____

E-mail Address    _____

SHERIFF DEPARTMENT
ORANGE COUNTY
SANTA ANA, CALIFORNIA

JI# ☒ N/A

SANDRA HUTCHENS, SHERIFF - CORONER

## GRIEVANCE / GRIEVANCE APPEAL FORM
(Circle One)

Inmate's Name Castañeda Lopez Zachary    Booking Number 3129898

Housing Location O-42-4    Date Nov 15,2020

Date of Incident Oct 30, 2019    Time of Incident 11:00 A.M.    Location of Incident Theo Lacy Loop

Is grievance related to a disability?    Yes    No    (Circle one)

| Details of Incident (One Incident Per Form. Include dates, times, and names of those involved.) Details should be brief and contained in this area. |
|---|

On JI# TL191420/0327 You Didn't Send Me The Full First
And Full Last Name And Badge # Of The LT, SGT, Detective
And Deputy's That Were Present October 30, 2019 At Around 11:00A.M.
In Theo Lacy Loop Were You All Physically, Emocional And
Menthally Hurt Me.

So I Am Appealing The Last Grievance, Cause You Are Failing
To Provide Me With My Request.

| STAFF RESPONSE |
|---|

YOUR REQUEST TO APPEAL THE LAST GRIEVANCE HAS BEEN
DENIED. THIS WILL BE HANDLED AS A REQUEST AND NOT A GRIEVANCE
LT. Haven

Inmate Signature    Date Nov 15, 2020    Time 11:00 A.M.

Received By SGT R. STERETT    Date 11-15-20    Time 2040
Staff Name & PID# (Please Print)

Assigned To LT. S. HOWELL    Date 11·17·20

Response Returned to Inmate By LT. S. Howen    Date 11·17·20

COPY

☒ Handled as Inmate Request

| Do not write below this line. For official use only. |
|---|

**Copies (JI# Only)**
1. Original scanned to Grievance Program.
2. Photo copy to inmate after signing (attesting to receiving form).
3. Photo copy to inmate when returning response.
4. Original to Jail Inmate Record File

☐ Grievance          ☐ Intake/Release Center
☐ Appeal Grievance   ☐ Central Men's Jail
☐ Inmate Services    ☐ Central Women's Jail
☐ Personnel Complaint ☐ James A. Musick
☐ Medical            ☐ Theo Lacy Facility
☐ Appeal Discipline

J190 (Rev. 02/11)



**SHERIFF DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA, CALIFORNIA**

JI# ___TL111620/0258___  ☐ N/A

CLASSIFICATION

SANDRA HUTCHENS, SHERIFF - CORONER

### GRIEVANCE / GRIEVANCE APPEAL FORM
(Circle One)

Inmate's Name _Castañeda Lopez Zachary_     Booking Number _3128698_
Housing Location _O-42-4_     Date _Nov 15, 2020_
Date of Incident _Oct 30, 2019_     Time of Incident _11:00 A.M._     Location of Incident _Theo Lacy Loop_
Is grievance related to a disability?     Yes     No     (Circle one)

| Details of Incident (One Incident Per Form. Include dates, times, and names of those involved.) Details should be brief and contained in this area. |
|---|

I Am Requesting That You Reclass Me Back To GP1.

| STAFF RESPONSE |
|---|

Your CLASSIFICATION HAS BEEN REVIEWED ON SEVERAL OCCASIONS AND HAS BEEN DETERMINED TO BE CORRECT. YOU WILL NOT BE "RECLASSED" TO GP1 AT THIS TIME.

Inmate Signature _____     Date _Nov 15, 2020_     Time _11:00 A.M._
Received By _SGT. P. STERETT #788_     Date _11-15-20_     Time _2050_
Assigned To _SGT. STERETT_     Date _11-15-20_
Staff Name & PID# (Please Print)
Response Returned to Inmate By _____     Date _____

☐ Handled as Inmate Request

| Do not write below this line. For official use only. |
|---|

**Copies (JI# Only)**
1. Original scanned to Grievance Program.
2. Photo copy to inmate after signing (attesting to receiving form).
3. Photo copy to inmate when returning response.
4. Original to Jail Inmate Record File

☐ Grievance
☐ Appeal Grievance
☐ Inmate Services
☐ Personnel Complaint
☐ Medical
☐ Appeal Discipline

☐ Intake/Release Center
☐ Central Men's Jail
☐ Central Women's Jail
☐ James A. Musick
☐ Theo Lacy Facility

J190 (Rev. 02/11)

